JOSEPH T. MARGRABIA, JR., JM5564
Attorney At Law
309 North Delsea Drive
Glassboro, New Jersey 08028
Telephone (865) 881-9600
Attorney for Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:

DAVID J. ALLEN

WANDA E. ALLEN

DEBTOR(S)

CASE NO. 09-23581 JHW

CHAPTER 13

**NOTICE OF MOTION**

HEARING DATE : 11/07/ 2011

@ 10:00 A.M.

**NOTICE OF MOTION FOR REFUND OF UNCLAIMED FUNDS
SENT TO NATIONAL CITY MORTGAGE COMPANY**

TO:

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

National City Mortgage
Bankruptcy Department
3232 Newmark Drive
Miamisburg, OH 45342

David J. Allen and Wanda E. Allen, the Debtors, have filed a motion for refund of unclaimed funds sent to National City Mortgage in the amount of $2,218.48.

<u>**Your claim may be reduced, modified, or eliminated.**</u> **You should read these papers carefully and discuss them with your attorney if you have one.**

This motion will be deemed uncontested unless responsive papers are timely

filed in accordance with Local Bankruptcy Rules 9013-1 (a) through (i), 9013-2 and 9013-3 which requires that all answering papers and cross-motions shall be filed in Court and served upon opposing party at least seven days before the return (hearing) date set forth above, accompanied by a brief or a statement that no brief is necessary and the reasons therefore and a certification of service.

**The address of the Bankruptcy Clerk's Office Is:**

U.S. Bankruptcy Court
U.S. Post Office & Courthouse Building, 2nd Floor
401 Market Street
Camden, New Jersey 08102

**You must also mail a copy of any papers you file to movant's attorney:**

Joseph T. Margrabia, Jr.
Attorney At Law
309 North Delsea Drive
Glassboro, NJ 08028

If you contest this motion you must also attend the hearing on the motion, scheduled to be held on the date and time listed above in the 4th Floor Courtroom in the United States Bankruptcy Court, Mitchelle H. Cohen Federal Courthouse, 4th & Cooper Street, Camden, New Jersey 08102.

If you or your attorney do not take these steps, the court may decide that you do not oppose the motion.

Dated: October 11, 2011

/s/ Joseph T. Margrabia, Jr.

Joseph T. Margrabia, Jr., JM 5564
Attorney for Debtor(s)